ERIC GRANT
United States Attorney
CAILY NELSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:26-CR-00034 DC |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| LUIS REYNA CARRILLO, MARIANA VANESSA MENDOZA CAMACHO, JUAN MANRIQUEZ DIAZ, ALVARO ROSALES, MANUEL JUAN MADRID PEREZ, | DATE: June 5, 2026 TIME: 9:30 a.m. COURT: Hon. Dena Coggins |
| Defendants. | |

**STIPULATION**

The United States of America, by and through Assistant United States Attorney Caily Nelson, together with Hootan Baigmohammadi, counsel for defendant Luis Reyna Carrillo; Michael D. Long, counsel for defendant Mariana Vanessa Mendoza Camacho; Kellan Patterson, counsel for defendant Juan Manriquez Diaz; Tamara L. Soloman, counsel for Alvaro Rosales; and Clemente M. Jimenez, counsel for Manuel Juan Madrid Perez, hereby stipulate as follows:

1.    The Indictment was returned on March 19, 2026, and the Honorable Dena Coggins assigned.

2.    By previous order, this matter was set for status on June 5, 2026, with an exclusion of time, under Local Code T4.

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

1

3.     By this stipulation, all defendants now move to continue the status conference until August 7, 2026, and to exclude time between June 5, 2026, and August 7, 2026, under Local Code T4.

4.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes law enforcement reports, search warrants, photographs, recordings, and lab reports.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)     Counsel for each of the five defendants desire additional time to consult with his/her client, review and copy the discovery for this matter, and otherwise prepare for trial.

c)     Counsel for each of the five defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)     The government does not object to the continuance.

e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 5, 2026 to August 7, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[Continued on Next Page]

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  June 1, 2026                                    ERIC GRANT
                                                       United States Attorney


                                                       /s/ CAILY NELSON
                                                       CAILY NELSON
                                                       Assistant United States Attorney


Dated:  June 1, 2026                                    /s/ Hootan Baigmohammadi
                                                       HOOTAN BAIGMOHAMMADI
                                                       Counsel for Defendant
                                                       LUIS REYNA CARRILLO

Dated:  June 1, 2026                                    /s/ Michael D. Long
                                                       MICHAEL D. LONG
                                                       Counsel for Defendant
                                                       MARIANA VANESSA MENDOZA
                                                       CAMACHO

Dated:  June 2, 2026                                    /s/ Kellan Patterson
                                                       KELLAN PATTERSON
                                                       Counsel for Defendant
                                                       JUAN MANRIQUEZ DIAZ


Dated:  June 1, 2026                                    /s/ Tamara Soloman
                                                       TAMARA L. SOLOMAN
                                                       Counsel for Defendant
                                                       ALVARO ROSALES


Dated:  June 1, 2026                                    /s/ Clemente M. Jimenez
                                                       CLEMENTE M. JIMENEZ
                                                       Counsel for Defendant
                                                       MANUEL JUAN MADRID PEREZ

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3

**ORDER**

IT IS HEREBY ORDERED as to Luis Reyna Carrillo, Mariana Vanessa Mendoza Camacho, Juan Manriquez Diaz, Alvaro Rosales, and Manuel Juan Madrid Perez, the court, having received, read and considered the parties' stipulation filed on June 2, 2026 (Doc. No. 35), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Status Conference scheduled for June 5, 2026, is VACATED and RESET for August 7, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between June 5, 2026 and August 7, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **June 2, 2026**

_____
Dena Coggins
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4