HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Carrillo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARRILLO, ET. AL.,<br><br>Defendants. | Case No. 2:26-CR-00034-DC<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: August 7, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Dena Coggins |

IT IS HEREBY STIPULATED that the United States of America, by and through Assistant United States Attorney Caily Nelson, together with Hootan Baigmohammadi, counsel for defendant Luis Reyna Carrillo; Michael D. Long, counsel for defendant Mariana Vanessa Mendoza Camacho; Kellan Patterson, counsel for defendant Juan Manriquez Diaz; Tamara L. Soloman, counsel for Alvaro Rosales; and Clemente M. Jimenez, counsel for Manuel Juan Madrid Perez, that the previously scheduled Status Conference set for August 7, 2026 be continued to **November 13, 2026 at 9:30 a.m.**

The parties specifically stipulate as follows:

1. On March 19, 2026, the defendants in this case were arraigned on a 10-count indictment alleging a wide-ranging drug conspiracy. Dkts. 17&19. Some defendants are facing a minimum mandatory of 15 years to life in custody and negative immigration consequences.

2. The government has produced roughly 1500 pages and 65 native files of discovery to the defense. Discovery has been produced as recently as June 2026.

3. All defense counsel desire additional time to consult with their clients, to review and copy discovery for this matter, and to otherwise prepare for trial.

4. Each defense counsel believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 7, 2026 to November 13, 2026 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) [Local Code T4] because it results from a continuance granted by the Court at each defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 31, 2026

*<u>/s/ Hootan Baigmohammadi</u>*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Carrillo

Date: July 31, 2026

ERIC GRANT
United States Attorney

*<u>/s/ Caily Nelson</u>*
CAILY NELSON
Assistant United States Attorney
Attorneys for Plaintiff

Date: July 31, 2026

/s/ *Michael D. Long*
MICHAEL D. LONG
Attorneys for Defendant
Ms. Mendoza-Camacho

Date: July 31, 2026

/s/ *Kellan Patterson*
KELLAN PATTERSON
Attorneys for Defendant
Mr. Manriquez-Diaz

Date: July 31, 2026

/s/ *Tamara Soloman*
TAMARA L. SOLOMAN
Attorneys for Defendant
Mr. Rosales

Date: July 31, 2026

/s/ *Clemente N. Jimenez*
CLEMENTE M. JIMENEZ
Attorneys for Defendant
Mr. Madrid-Perez

**ORDER**

IT IS HEREBY ORDERED as to all Defendants, the court, having received, read and considered the parties' stipulation filed on August 3, 2026 (Doc. No. 37), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for August 7, 2026, is VACATED and RESET for November 13, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between August 7, 2026 and November 13, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: **August 4, 2026**

Dena Coggins
United States District Judge